FILED

10/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0421

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0421

STATE OF MONTANA,

Plaintiff and Appellee,

v.

HOANG VINH PHAM,

Defendant and Appellant.

**ORDER**

Upon motion of Defendant and Appellant Hoang Vinh Pham and without objection from the State, the Court hereby orders that remittitur in this matter shall issue immediately.

The Clerk of this Court is directed to provide immediate notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 20 2021